United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiff(s),

v.

VECTOR GENERAL ENGINEERING CONTRACTORS INC,

Defendant(s).

_____/

No. C-12-02633 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DENYING PLAINTIFFS' MOTION TO SET ASIDE DEFAULT WITHOUT PREJUDICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for October 24, 2012 has been CONTINUED to **November 28, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **November 21, 2012.**

The court denies Plaintiffs' motion to set aside entry of default without prejudice. The matter of default shall be discussed at the case management conference.

Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: October 16, 2012

_____
DONNA M. RYU
United States Magistrate Judge