UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>          Plaintiff(s),<br><br>     v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS INC,<br><br>          Defendant(s).<br>_____/ | No. C-12-02633 (DMR)<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND REQUESTING STATUS UPDATE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for November 28, 2012 has been VACATED. The parties shall submit a status update with the court by December 28, 2012. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge