**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11    BOARD OF TRUSTEES OF THE                No. C 12-02633 (DMR)
      LABORERS HEALTH AND WELFARE
12    TRUST FUND FOR NORTHERN               **ORDER**
      CALIFORNIA,
13
                   Plaintiff(s),
14
             v.
15
      VECTOR GENERAL ENGINEERING
16    CONTRACTORS INC,
17                 Defendant(s).
      _____/
18
19          The court orders that Plaintiffs shall file their motion for a mandatory injunction by February
20    4, 2013.
21
22          IT IS SO ORDERED.
23
24    Dated:  January 30, 2013
25                                          _____
                                            DONNA M. RYU
26                                          United States Magistrate Judge
27
28