United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS INC,<br><br>    Defendant(s).<br>_____/ | No. C-12-02633 (DMR)<br><br>**ORDER CONTINUING HEARING DATE ON MOTION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Plaintiffs' motion for mandatory injunction. [Docket No. 22.] Please be advised that the previously-noticed hearing date of February 28, 2013 on the motion has been continued to March 14, 2013 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. Upon receipt of this order, Plaintiffs shall serve Defendants with a copy and file proof of service with the Court.

IT IS SO ORDERED.

Dated: February 13, 2013

DONNA M. RYU
United States Magistrate Judge