Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
　　　　susan.olson@bullivant.com
　　　　edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RENE AMILCAR TORRES, an individual dba VECTOR ENGINEERING CONTRACTORS,<br><br>　　　　　　Defendant. | Case No.:  CV 12-2633 DMR<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:　　　May 15, 2013<br>Time:　　　1:30 p.m.<br>Ctroom:　　4, 3rd Floor<br>　　　　　　Hon. Donna M. Ryu |

On September 28, 2012 Plaintiffs filed their First Amended Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction seeking an Order to compel defendant to submit to an audit of the books and records of Vector Engineering Contractors.

On February 20, 2013, Plaintiffs were able to conduct an audit of Vector Engineering Contractors.  The audit revealed unreported and unpaid employee fringe benefit contributions

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1  due and owing on behalf of Vector Engineering Contractors' covered employees in the principal
2  amount of $35,354.23, according to proof at trial.
3      Plaintiff intends to file concurrently with this statement their Motion for Leave to
4  Amend Complaint to add causes of action related to the outstanding trust fund contributions due
5  and owing on behalf of the covered employees of Vector Engineering Contractors.
6      Based on the above, Plaintiffs respectfully request that the May 15, 2013 Case
7  Management Conference be continued for sixty (60) days to allow the Court to rule on
8  Plaintiffs' motion, to allow Plaintiffs to file and serve their Second Amended Complaint should
9  the Court grant their motion, and, should Defendant Torres fail to answer, to allow Plaintiffs
10 time to proceed in default against Defendant.
11 DATED: May 10, 2013

BULLIVANT HOUSER BAILEY PC

By /s/
   Ronald L. Richman
   Susan J. Olson
   Edward D. Winchester

Attorneys for Plaintiff

## **ORDER**

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the May 15, 2013 Case Management Conference be continued to July 17, 2013, Courtroom 4, 3rd Floor at 1:30 p.m. Updated Case Management Statement due by July 10, 2013. Plaintiff shall serve Defendants with a copy of this Order and file proof of service with the Court.

DATED: May 10, 2013

By
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

14138818.1

– 2 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON