United States District Court
For the Northern District of California

1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9
10   BOARD OF TRUSTEES OF THE LABORERS          No. C-12-02633 DMR
     HEALTH AND WELFARE TRUST FUND
11   FOR NORTHERN CALIFORNIA,                   **ORDER TO SHOW CAUSE**

12                Plaintiff(s),

13          v.

14   RENE AMILCAR TORRES, an individual
     dba VECTOR ENGINEERING
15   CONTRACTORS,

16                Defendant.
     _____/
17

18          Plaintiffs' Motion for Leave to Amend Complaint ("Motion") [Docket No. 31] is set for a

19   hearing on June 27, 2013 at 11:00 a.m.  Pursuant to Civil Local Rule 7-3, any brief in opposition to

20   the Motion was due on May 22, 2013, but no such opposition has been received.  **Defendant is**
     **ordered to respond by June 4, 2013, and show cause for his failure to respond** to the Motion in
21
     accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the
22   motion as required by Civil Local Rule 7-3(b).  This order to show cause does not constitute

23   permission to file a late opposition.  If Defendant does not respond by June 4, 2013, Defendant's
     motion may be granted.
24
            Immediately upon receive of this order, Plaintiffs shall serve Defendant with a copy and file
25   proof of service with the court.

26          IT IS SO ORDERED.

     Dated:  May 29, 2013
27                                              _____
28                                              DONNA M. RYU
                                                United States Magistrate Judge