United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff(s),<br><br>v.<br><br>RENE AMILCAR TORRES, an individual dba VECTOR ENGINEERING CONTRACTORS,<br><br>    Defendant.<br>_____/ | No. C-12-02633 DMR<br><br>**AMENDED ORDER TO SHOW CAUSE** |

    Plaintiffs' Motion for Leave to Amend Complaint ("Motion") [Docket No. 31] is set for a hearing on June 27, 2013 at 11:00 a.m. Pursuant to Civil Local Rule 7-3, any brief in opposition to the Motion was due on May 22, 2013, but no such opposition has been received. **Defendant is ordered to respond by June 4, 2013, and show cause for his failure to respond** to the Motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by June 4, 2013, Plaintiff's motion may be granted.

    Immediately upon receipt of this order, Plaintiffs shall serve Defendant with a copy and file proof of service with the court.

    IT IS SO ORDERED.

Dated: May 30, 2013

                                                    DONNA M. RYU<br>                                                    United States Magistrate Judge