United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiff(s),<br><br>   v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS INC,<br><br>        Defendant(s).<br>_____/ | No. C-12-02633 DMR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [DOCKET NO. 31]** |

      Plaintiffs filed a Motion for Leave to Amend Complaint ("Motion") [Docket No. 31] on May 5, 2013. Pursuant to Civil Local Rule 7-3, any brief in opposition to the Motion was due on May 22, 2013, but no such opposition was received. On May 29, 2013, this court ordered Defendant to respond by June 4, 2013 to show cause for his failure to respond or alternatively file a statement of nonopposition to the Motion as required by Civil Local Rule 7-3(b). The court stated that if Defendant did not respond by June 4, 2013, the Motion may be granted.

      Defendant failed to respond to the order to show cause or file a statement of nonopposition to the motion. Accordingly, the Motion is **GRANTED** and the hearing on the Motion is **VACATED**. The proposed Second Amended Complaint, attached as Exhibit A to the Declaration of Edward D. Winchester [Docket No. 31-1], is deemed filed.

      IT IS SO ORDERED.

Dated: June 7, 2013

                                                          DONNA M. RYU
                                                          United States Magistrate Judge