Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
e-mail: edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE AMILCAR TORRES, an individual dba VECTOR ENGINEERING CONTRACTORS,<br><br>Defendant. | Case No.: CV 12-2633 DMR<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** (AS MODIFIED)<br><br>Date:    July 17, 2013<br>Time:    1:30 p.m.<br>Ctroom:  4, 3rd Floor<br>           Hon. Donna M. Ryu |

On June 11, 2013, Plaintiffs filed and served their Second Amended Complaint for Damages for Breach of Collective Bargaining Agreement, to Recover Unpaid Trust Fund Contributions, and for Breach of Fiduciary Duty. Defendant Rene Amilcar Torres has failed to file an answer to Plaintiffs' Seconded Amended Complaint.

Plaintiffs are drafting a motion for default judgment against Defendant Torres which Plaintiffs intend to have filed with the Court within the next 30 days.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for 30 days to allow Plaintiffs to file their motion for default judgment against Defendant Torres.

DATED: July 8, 2013

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson
Edward D. Winchester

Attorneys for Plaintiff

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __AUGUST 28__, 2013, Courtroom 4, 3rd Floor at 1:30 p.m. The Case Management Conference Statement is due no later than August. 21, 2013. Plaintiffs shall serve the Defendant with a copy of this Order and file a proof of service with the court.

DATED: July 15, 2013

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

14212373.1

— 2 —

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On July 8, 2013, I served the document(s) entitled:

**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

upon the following party(ies):

| | |
|---|---|
| Vector General Engineering Contractors, Inc.<br>101 Indio Dr.<br>South San Francisco, CA 94080 | Rene Amilcar Torres<br>101 Indio Dr.<br>South San Francisco, CA 94080 |

(X)    BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( )    BY ELECTRONIC TRANSFER: I caused all of the pages of the above-entitled document to be sent to the recipients indicated via email at the respective email address(es). This document was transmitted by email and transmission reported without error.

( )    BY FACSIMILE TRANSMISSION (CCP § 1013(e), CRC 2.306): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( )    BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )    BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

14212373.1

– 1 –

PROOF OF SERVICE

1

( )     BY HAND  Pursuant to Code of Civil Procedure § 1011, I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date. A proof of service by hand executed by the courier shall be filed/lodged with the court under separate cover.

( )     BY PERSONAL SERVICE UPON A PARTY  (CCP § 1011(b)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2013, at San Francisco, California.

*Debora J. Fong*
Debora J. Fong

\*\*\*\*\*

14212373.1

— 2 —

PROOF OF SERVICE