**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE LABORERS          No. C-12-02633 DMR
     HEALTH AND WELFARE TRUST FUND
12   FOR NORTHERN CALIFORNIA,                   **ORDER RE PLAINTIFFS' MOTION**
                                                **FRO DEFAULT JUDGMENT AGAINST**
13                Plaintiff(s),                 **DEFENDANT RENE AMILCAR**
                                                **TORRES dba VECTOR ENGINEERING**
14          v.                                  **CONTRACTORS [DOCKET NO. 43]**

15   VECTOR   GENERAL   ENGINEERING
     CONTRACTORS INC,
16
                  Defendant(s).
17   _____/

18
             Plaintiffs have filed a motion for default judgment pursuant to Federal Rule of Civil
19
     Procedure 55(b) against Defendant Rene Amilcar Torres dba Vector Engineering Contractors.
20
     [Docket No. 43.]  The clerk has entered default against only Vector General Engineering
21
     Contractors, Inc. and Rene Amilcar Torres in his individual capacity.  [Docket No. 8.]  Plaintiffs are
22
     advised that the court will not consider Plaintiffs' motion for default judgment pursuant to Rule
23
     55(b) until the clerk has entered judgment against Defendant Rene Amilcar Torres dba Vector
24
     Engineering Contractors pursuant to Rule 55(a).
25
          IT IS SO ORDERED.
26
     Dated:  September 17, 2013
27                                              _____
                                                DONNA M. RYU
28                                              United States Magistrate Judge