UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS INC,<br><br>    Defendant(s). | No. C-12-02633 DMR<br><br>**ORDER RE PLAINTIFFS' MOTION FRO DEFAULT JUDGMENT AGAINST DEFENDANT RENE AMILCAR TORRES dba VECTOR ENGINEERING CONTRACTORS [DOCKET NO. 43]** |

Plaintiffs have filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) against Defendant Rene Amilcar Torres dba Vector Engineering Contractors. [Docket No. 43.] The clerk has entered default against only Vector General Engineering Contractors, Inc. and Rene Amilcar Torres in his individual capacity. [Docket No. 8.] Plaintiffs are advised that the court will not consider Plaintiffs' motion for default judgment pursuant to Rule 55(b) until the clerk has entered judgment against Defendant Rene Amilcar Torres dba Vector Engineering Contractors pursuant to Rule 55(a).

IT IS SO ORDERED.

Dated: September 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge