UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS INC,<br><br>        Defendant(s).<br>_____/ | No. C-12-02633 DMR<br><br>**AMENDED ORDER RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT RENE AMILCAR TORRES dba VECTOR ENGINEERING CONTRACTORS [DOCKET NO. 43]** |

    Plaintiffs have filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) against Defendant Rene Amilcar Torres dba Vector Engineering Contractors. [Docket No. 43.] The clerk has entered default against only Vector General Engineering Contractors, Inc. and Rene Amilcar Torres in his individual capacity. [Docket No. 8.] Plaintiffs are advised that the court will not consider Plaintiffs' motion for default judgment pursuant to Rule 55(b) until the clerk has entered default against Defendant Rene Amilcar Torres dba Vector Engineering Contractors pursuant to Rule 55(a).

    Immediately upon receipt of this order, Plaintiffs shall serve a copy of this order on Defendant and file proof of service with the court.

    IT IS SO ORDERED.

Dated: September 18, 2013

                                                              DONNA M. RYU<br>
                                                              United States Magistrate Judge