UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>VECTOR GENERAL ENGINEERING CONTRACTORS INC,<br><br>    Defendant(s).<br>_____/ | No. C-12-02633 DMR<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT [DOCKET NO. 43] WITHOUT PREJUDICE** |

    Plaintiffs have filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) against Defendant Rene Amilcar Torres dba Vector Engineering Contractors. [Docket No. 43.] The clerk has not yet entered default against Defendant Rene Amilcar Torres dba Vector Engineering Contractors. Previously, this court advised Plaintiffs that the court "will not consider Plaintiffs' motion for default judgment pursuant to Rule 55(b) until the clerk has entered default against Defendant Rene Amilcar Torres dba Vector Engineering Contractors pursuant to Rule 55(a)." *See* Docket No. 48. Accordingly, Plaintiffs' motion for default judgment is denied without prejudice.

    Immediately upon receipt of this order, Plaintiffs shall serve a copy of this order on Defendant and file proof of service with the court.

    IT IS SO ORDERED.

Dated: December 4, 2013

DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California