UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

RENE AMILCAR TORRES,

Defendant.

Case No. 12-cv-02633-RS

**ORDER RE SERVICE OF REPORT AND RECOMMENDATION**

Upon filing, this action was randomly assigned to a magistrate judge, who subsequently heard plaintiffs' motion for a default judgment and issued a Report and Recommendation that it be granted. The matter was then reassigned to the undersigned for disposition. The Report and Recommendation expressly directed plaintiffs to serve a copy of it immediately upon receipt, and to file proof of service. The order further specified that the time for objections would run from receipt of such service.

No proof of service of the Report and Recommendation on defendant has subsequently been filed. Plaintiffs shall effect service of the Report and Recommendation and of this order forthwith, and shall file proof of service. Defendant shall have 14 days from such service to file any objections to the Report and Recommendation.

There are indications in the record that the parties previously attempted to reach a settlement, so it may be that plaintiffs have abandoned the action. If so, plaintiffs should promptly

file a request for dismissal.  In the event plaintiffs file no proof of service, request for dismissal, or other response to this order by March 20, 2015, the action will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: March 9, 2015

RICHARD SEEBORG
United States District Judge

CASE NO. 12-cv-02633-RS

2